FORM FOR USE IN APPLICATIONS

FOR HABEAS CORPUS UNDER 28 U.S.C. §2254

**Name:** Kourtnee Greenwood,

**Prison Number:** 179810

**Place of Confinement:** Draper Correctional Facility / P.O. Box 1107 - Elmore, AL, 36025

United States District Court **Middle** District of **Northern Div.**

Case No. **2:05 CV 733-T**
(To be supplied by Clerk of U. S. District Court)

**Kourtnee Greenwood**, PETITIONER
(Full name) (Include name under which you were convicted)

**James Deloach / Warden, Draper C.F.**, RESPONDENT
(Name of Warden, Superintendent, Jailor, or authorized person having custody of Petitioner)

and

THE ATTORNEY GENERAL OF THE STATE OF **Troy King**

_____, ADDITIONAL RESPONDENT.

(if petitioner is attacking a judgment which imposed a sentence to be served in the <u>future</u>, petitioner must fill in the name of the state where the judgment was entered. If petitioner has a sentence to be served in the <u>future</u> under a federal judgment which he wishes to attack, he should file a motion under 28 U.S.C. §2255, in the federal court which entered the judgment.)

PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN
STATE CUSTODY

INSTRUCTIONS--READ CAREFULLY

(1) This petition must be legibly handwritten or typewritten and signed by the petitioner under penalty of perjury. Any false statement of a material fact may serve as the basis for prosecution and conviction for perjury. All questions must be answered concisely in the proper space on the form.

The Judicial Conference of the United States has adopted, effective 1/1/83, the 8-1/2 x 11 inch paper size standard for use throughout the federal judiciary and directed the elimination of the use of legal size paper. All pleadings, etc. filed after 12/31/82 must be on 8-1/2 x 11 inch paper, otherwise we cannot accept them.

(2) Additional pages are not permitted except with respect to the <u>facts</u> which you rely upon to support your grounds for relief. No citation of authorities need be furnished. If briefs or arguments are submitted, they should be submitted in the form of a separate memorandum.

(3) Upon receipt of a fee of $5 your petition will be filed if it is in proper order.

(4) If you do not have the necessary filing fee, you may request permission to proceed <u>in forma pauperis</u>, in which event you must execute the declaration on the last page, setting forth information establishing your inability to prepay the fees and costs or give security therefor. If you wish to proceed <u>in forma pauperis</u>, you must have an authorized officer at the penal institution complete the certificate as to the amount of money and securities on deposit to your credit in any account in the institution.

(5) Only judgments entered by one court may be challenged in a single petition. If you seek to challenge judgments entered by different courts either in the same state or in different states, you must file separate petitions as to each court.

(6) Your attention is directed to the fact that you must include all grounds for relief and all facts supporting such grounds for relief in the petition you file seeking relief from any judgment of conviction.

(7) When the petition is fully completed, <u>the original and two copies*  must be</u> mailed to the Clerk of the United States District Court whose address is
P. O. Box 711, Montgomery, Alabama  36101

(8) Petitions which do not conform to these instructions will be returned with a notation as to the deficiency.

*If you are proceeding in forma pauperis, only the original petition needs to be filed with the Court.

PETITION

1. Name and location of court which entered the judgment of conviction under attack _Montgomery County Circuit Court, Montgomery, AL._

2. Date of judgment of conviction _12-11-02_

3. Length of sentence _Life_     Sentencing Judge _Sally Greenhaw_

4. Nature of offense or offenses for which you were convicted: _Robbery 1st Degree (1) Count_

5. What was your plea? (check one)
   (a) Not guilty  (✓)
   (b) Guilty     ( )
   (c) Nolo contendere ( )
   If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details: _N/A_
   _N/A_

6. Kind of trial: (Check one)
   (a) Jury (✓)
   (b) Judge only ( )

7. Did you testify at the trial? Yes (✓)  No ( )

8. Did you appeal from the judgment of conviction? Yes (✓)  No ( )

9. If you did appeal, answer the following:
   (a) Name of court _Criminal Court of Appeals, Alabama_
   (b) Result _Affirmed_
   (c) Date of result _____
   If you filed a second appeal or filed a petition for certiorari in the Supreme Court, give details: _File Petition for certiorari it was Denied August 15, 2003 in Ala Supreme Court._

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any court, state or federal? Yes (✓)  No ( )

11. If your answer to 10 was "yes", give the following information:
    (a)(1) Name of court _Circuit Court of Montgomery, Montgy. AL._
       (2) Nature of proceeding _Rule 32 Petition._
       (3) Grounds raised _Newly discovered evidence exist which proves Greenwood Innocent of the crime he was convicted. (2). Ineffective assistance of Trial Counsel also tried to raise Appellant Counsel Ineffective._
       (4) Did you receive an evidentiary hearing on your petition, application or motion? Yes ( )  No (✓)
       (5) Result _Denied_
       (6) Date of result _January 13, 2004_
    (b) As to any second petition, application or motion give the same information:
       (1) Name of court _Montgomery County Montgomery AL Circuit Court._
       (2) Nature of proceeding _Rule 32 Petition for 2nd time._
       (3) Grounds raised _Same issues raised. Rule 32 was deem successive. Due to ineffective assistance of layman assistance, due to no funds to pay for his assistance I was mislead + Rule 32 was improperly filed. No Fault of Petitioner._
       (4) Did you receive an evidentiary hearing on your petition, application or motion? Yes ( )  No (✓)
       (5) Result _Denied_
       (6) Date of result _November 18, 04_

(c) As to any third petition, application or motion, give the same information:
  (1) Name of Court _____ N/A _____
  (2) Nature of proceeding _____ N/A _____
  (3) Grounds raised _____ N/A _____
  _____ N/A _____
  _____ N/A _____
  _____ N/A _____
  _____ N/A _____
  (4) Did you receive an evidentiary hearing on your petition, application or motion? Yes ( ) No (✓)
  (5) Result _____ N/A _____
  (6) Date of result _____ N/A _____
(d) Did you appeal to the highest state court having jurisdiction the result of any action taken on any petition, application or motion:
  (1) First petition, etc.    Yes (✓) No ( )
  (2) Second petition, etc.   Yes (✓) No ( )
  (3) Third petition, etc.    Yes ( ) No (✓)
(e) If you did not appeal from the adverse action on any petition, application or motion, explain briefly why you did not: _____ N/A _____
  _____ N/A _____
  _____ N/A _____

12. State **concisely** every ground on which you claim that you are being held unlawfully. Summarize **briefly** the **facts** supporting each ground.

   CAUTION: In order to proceed in the federal court, you must ordinarily first exhaust your state court remedies as to each ground on which you request action by the federal court. As to all grounds on which you have previously exhausted state court remedies, you should set them forth in this petition if you wish to seek federal relief. If you fail to set forth all such grounds in this petition, you may be barred from presenting them at a later date.

   For your information, the following is a list of the most frequently raised grounds for relief in habeas corpus proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you may have other than those listed if you have exhausted all your state court remedies with respect to them. However, you should raise in this petition all available grounds (relating to this conviction) on which you base your allegations that you are being held in custody unlawfully.

   If you select one or more of these grounds for relief, you must allege facts in support of the ground or grounds which you choose. Do not check any of the grounds listed below. The petition will be returned to you if you merely check (a) through (j) or any one of these grounds.

(a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily with understanding of the nature of the charge and the consequences of the plea.
(b) Conviction obtained by use of coerced confession.
(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure, [where the state has not provided a full and fair hearing on the merits of the Fourth Amendment claim].
(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest, [where the state has not provided a full and fair hearing on the merits of the Fourth Amendment claim].
(e) Conviction obtained by a violation of the privilege against self-incrimination.
(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.
(g) Conviction obtained by a violation of the protection against double jeopardy.
(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.
(i) Denial of effective assistance of counsel.
(j) Denial of right of appeal.

A. Ground one: _See Attached Memorandum Brief_
Supporting FACTS (tell your story briefly without citing cases or law): _____

B. Ground two: _See Attachment_
Supporting FACTS (tell your story briefly without citing cases or law): _____

C. Ground three: _See Attachment_

Supporting FACTS (tell your story briefly without citing cases or law): _____

D. Ground four: _See Attachment_

Supporting FACTS (tell your story briefly without citing cases of law): _____

13. If any of the grounds listed in 12A, B, C, and D were not previously presented in any other court, state or federal state briefly what grounds were not so presented, and give your reasons for not presenting them: _See Attachment_

14. Do you have any petition or appeal now pending in any court, either state or federal, as to the judgment under attack? Yes ( ) No (✓)

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:
(a) At preliminary hearing _BRANCH KLOESS._
(b) At arraignment and plea _John Hartley 312 Scott St, Montgy, AL 36104_

(c) At trial _John W Hartley Jr_ Phone #(334)262-4880
_312 Scott St. Montgomery, Al. 36104_

(d) At sentencing _same as above_

(e) On appeal _Maceo Kirkland (334-261-6201_
_529 South Perry St - Suite 14A - Montgomery, Al 361_

(f) In any post-conviction proceeding _Pro-SE Assistance From Layman Assistance_

(g) On appeal from any adverse ruling in a post-conviction proceeding: _Pro-SE Layman Assistance_

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?
    Yes ( )  No (✓)

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
    Yes ( )  No (✓)
    (a) If so, give name and location of court which imposed sentence to be served in the future: _N/A_
    (b) And give date and length of sentence to be served in the future: _N/A_
    (c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
    Yes ( )  No (✓)

Wherefore, petitioner prays that the Court grant petitioner relief to which he may be entitled in this proceeding.

X _N/A_
Signature of Attorney (if any)

I declare ( or certify, verify, or state) under penalty of perjury that the foregoing is true and correct. Executed on _7-22-05_
(date)

X _Kourtnee Greenwood_
Signature of Petitioner