IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

AFFIDAVIT IN SUPPORT OF REQUEST
TO PROCEED IN FORMA PAUPERIS

Kourtnee Greenwood,
_____(Petitioner)_____,

vs.                                    2:05cv 733-T

State of Alabama,
#179810    (Respondent(s))

I, Kourtnee Greenwood, declare that I am the petitioner in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefore, I state that because of my poverty, I am unable to pay the costs of said proceeding or to give security therefore; that I believe I am entitled to relief.

1. Are you presently employed? Yes [ ]  No [✓]
   a. If the answer is "yes" state the amount of your salary or wages per month, and give the name and address of your employer.
   _____
   _____

   b. If the answer is "no," state the date of last employment and the amount of the salary and wages per month which you received.
   Nov-Dec 2001, Pic Nic on Day St, Montgy, AL / $5.25

2. Have you received within the past twelve months any money from any of the following sources?
   a. Business, profession or form of self-employment? Yes [ ] No [✓]
   b. Rent payments, interest or dividends?   Yes [ ] No [✓]
   c. Pensions, annuities or life insurance payments? Yes [ ] No [✓]
   d. Gifts or inheritances? Yes [ ] No [✓]
   e. Any other sources? Yes [ ] No [✓]

If the answer to any of the above is "yes," describe each source of money and state the amount received from each during the past twelve months. _____
N/A

SCANNED
8/8/05

3. Do you own cash, or do you have money in checking or savings account?
   Yes [ ]   No [✓]   (Include any funds in prison accounts.)
   If the answer is "yes," state the total value of the items owned. _____
   _____

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?
   Yes [ ]  No [✓]

   If the answer is "yes," describe the property and state its approximate value.
   _____
   _____

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.
   _____ N/A _____
   _____

   I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct. Executed on
   7-22-05                .
       (date)

                              *Kourtnee Greenwood*
                              Signature of Petitioner


                          Certificate

   I hereby certify that the petitioner herein has the sum of
$ 50.22   on account to his credit at the Draper Correctional institution where he is confined. I further certify that petitioner likewise has the following securities to his credit according to the records of said _____
institution: Draper Corr. Fac _____
_____

I further certify that he has had the average sum on account at this institution as of the first day of each month of the immediate preceding months (not to exceed six (6) months):

1. $ 0.00         on the 1st day of April-05
2. $ $0.03        on the 1st day of May-05
3. $ 0.00         on the 1st day of June 05
4. $ 0.04         on the 1st day of July 05
5. $ _____  on the 1st day of _____
6. $ _____  on the 1st day of _____


_F. S. Brown_
Authorized Officer of Institution

DATE: 7-29-05

STATE OF ALABAMA
DEPARTMENT OF CORRECTIONS
DRAPER CORRECTIONAL FACILITY

AIS #: 179810      NAME: GREENWOOD, KOURTNEY SOVERN      AS OF: 07/25/2005

| MONTH | # OF DAYS | AVG DAILY BALANCE | MONTHLY DEPOSITS |
|---|---|---|---|
| JUL | 6 | $0.00 | $0.00 |
| AUG | 31 | $0.00 | $0.00 |
| SEP | 30 | $0.00 | $0.00 |
| OCT | 31 | $0.00 | $0.00 |
| NOV | 30 | $0.00 | $0.00 |
| DEC | 31 | $0.00 | $0.00 |
| JAN | 31 | $0.00 | $0.00 |
| FEB | 28 | $0.00 | $0.00 |
| MAR | 31 | $0.00 | $0.00 |
| APR | 30 | $0.00 | $0.00 |
| MAY | 31 | $8.18 | $50.03 |
| JUN | 30 | $0.04 | $0.00 |
| JUL | 25 | $9.83 | $30.00 |