IN THE <u>United States Dist. Court, Middle Dist. Northern Div.</u>

RECEIVED
2005 AUG -4
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

<u>Kourtnee Greenwood</u>
Petitioner,

VS.

CASE NO: <u>2:05CV733-T</u>

<u>Walden, James Deloach, State of Alabama.</u>
Respondents,

## MOTION TO FILE LESSER NUMBER OF COPIES

I, <u>Kourtnee Greenwood</u>, am said Petitioner in this said cause, and thus Humbly requests to file Lesser Number of Copies of Petitioner's <u>2254 Habeas Corpus</u>, WITH THIS SAID Court.

In support thereof, said petitioner would state the foregoing:

1. Petitioner is an Indigent Inmate, and furthermore said Inmate has limited access to resources due to the Petitioner's current Incarceration.

**WHEREFORE**, Premises considered, Petitioner respectfully prays that this Honorable Court will thus GRANT said Motion.

DATED: <u>July 22</u>, 200<u>5</u>.

Respectfully Submitted,

<u>Kourtnee Greenwood</u>
KOURTNEE GREENWOOD
AIS # 19810  Dorm 2  Bed 107
DRAPER CORRECTIONAL CENTER
P.O. BOX 1107
ELMORE, ALABAMA  36025

**SCANNED**
C86 8505