IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

KOURTNEE GREENWOOD, #179 810      *

    Petitioner,                                     *

    v.                                                    * CIVIL ACTION NO. 2:05-CV-733-T

JAMES DELOACH, WARDEN, *et al.*,      *

    Respondents.                                 *

_____

**ORDER ON MOTION**

Petitioner's Motion for Leave to Proceed *In Forma Pauperis* (Doc. No. 3), is GRANTED.

Done, this 9th day of August, 2005.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE