IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

KOURTNEE GREENWOOD, #179 810      *

    Petitioner,      *

    v.      * CIVIL ACTION NO. 2:05-CV-733-T

JAMES DELOACH, WARDEN, *et al.*,      *

    Respondents.      *

_____

**ORDER ON MOTION**

Before the court is a pleading filed by Petitioner captioned as a *Motion to File a Lesser Number of Copies*. (Doc. No. 4.) Petitioner requests that the court make copies of his petition and serve said pleading on Respondents. Upon consideration of the motion, the court concludes that it shall be granted with respect to Petitioner's obligation to make the requisite number of copies of his § 2254 petition for service on the named Respondents. Accordingly, it is

ORDERED that the Motion to File Lesser Number of Copies (Doc. No. 4) is GRANTED.

Notwithstanding the fact the court will make copies of the petition filed in this matter for service on the named Respondents, Petitioner is advised that with respect to all future filings, neither the court nor Respondents are required to provide him with copies of documents without prepayment of costs. If Petitioner wishes to receive copies from this court, he may do so upon prepayment of fifty ($.50) cents per page.

Petitioner is further informed that he may utilize any means available to him to produce copies of documents and pleadings including, but not limited to, handwritten and carbon copies of the pleadings and evidentiary materials he seeks to submit to this court and which he must also serve on Respondents or counsel for Respondents where counsel has entered an appearance. It is Petitioner's responsibility to procure copies of the pleadings and evidentiary materials and provide such to the court and Respondents or counsel for Respondents.

Done this 9th day of August, 2005.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE