IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION.

| | |
|---|---|
| KOURTNEE GREENWOOD, #179810 * | |
|     PETITIONER. * | |
| * | |
| VS  * * | CIVIL NO. 2:05-CV-733-T |
| * | |
| STATE OF ALABAMA, * | |
|     RESPONDENT(S). * | |
| * | |

RECEIVED
2005 AUG 19  A 9: 43

### MOTION TO HOLD IN ABEYANCE AN/ OR POSTPONE FURTHER PROCEEDINGS.

COMES NOW, THE PETITIONER, KOURTNEE GREENWOOD, and moves this Honorable Court to Postpone further Proceedings in this matter; due to:

1. Petitioner has asserted claims in his petition that has not been exhausted through State Courts, further, Petitioner has several claims that he is in the process of having filed into State Court for adjudication and;

2. Petitioner, is not learned in the law, Petitioner is working hard and doing his best to have this matter resolved as soon as possible, and in an appropriate matter.

Fore the aforesaid reasons, Petitioner prays this Honorable Court will grant this Motion, and Postpone any further proceedings until Petitioner has exhausted State Remedies as this Court requires before 2254 Habeas Relief can be sought.

Respectfully submitted,

*Kourtnee Greenwood*
Kourtnee Greenwood #179810
Draper Corr. Center  2 - 107
P.O. Box 1107
Elmore, AL. 36025 - 1107

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT I have served a copy of the above and foregoing upon the Attorney General of the State of Alabama, by placing a copy of the same, in the U.S. Mail, postage prepaid and properly addressed on this the _17th_ day of _August_, 2005.

_____
Kourtnee Greenwood