IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED

2005 AUG 30  P 3: 05

DEBRA P. HACKETT, CLK
MIDDLE DISTRICT AL.

KOURTNEE GREENWOOD, #179810,)
                                    )
          Petitioner,               )
                                    )
     v.                             )     CIVIL ACTION NO.
                                    )     2:05-CV-733-T
                                    )
JAMES DELOACH,  et al.,             )
                                    )
          Respondents.              )


**MOTION FOR ADDITIONAL TIME
TO FILE EXHIBITS IN SUPPORT OF ANSWER**


Come now the Respondents in the above-styled cause and request an additional fourteen days in which to file the Exhibits in Support of the Answer filed with this Court on August 29, 2005.  In support of this Motion, Respondents state the following:

1.  Undersigned counsel is a contract employee of the Alabama Attorney General's Office residing in Shreveport, Louisiana.  Due to the voluminous nature of the exhibits, and the recent hurricane/tropical storm, counsel was unable to compile all the exhibits and mail them to the Attorney General's Office for copying to file contemporaneously with the Answer.  Counsel was able to complete and file the Respondents' Answer by August 29, 2005.

2. This request for additional time is not made to delay the proceedings in this cause or for the purpose of prejudicing any of Greenwood's rights, but is a good faith request for additional time to allow counsel the opportunity to deliver the exhibits for filing.

WHEREFORE, in consideration of the foregoing, Respondents request that the Court grant this request for 14 additional days in which to file the exhibits in support of Respondents' Answer filed.

Respectfully submitted,

Troy King
*Attorney General*

Andy S. Poole
*Assistant Attorney General*

Kristi Deason Hagood
Kristi Deason Hagood
*Deputy Attorney General*
*Counsel of Record*
DEASK5596

# CERTIFICATE OF SERVICE

I hereby certify that on this <u>30th</u> day of August, 2005, I served a copy of the foregoing on the petitioner, by placing said copy in the United States Mail, first class, postage prepaid and addressed as follows:

> Kourtnee Greenwood
> AIS #179810
> Draper Correctional Facility
> P. O. Box 1107
> Elmore, Alabama  36025

Kristi Deason Hagood

Kristi Deason Hagood
*Deputy Attorney General**
DEASK5596

ADDRESS OF COUNSEL:

Office of the Attorney General
Alabama State House
11 South Union Street
Montgomery, AL  36130
(334) 242-7408
217950/84412-001

3