IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | |
|---|---|
| KOURTNEE GREENWOOD, #179 810 | * |
| Petitioner, | * |
| v. | * CIVIL ACTION NO. 2:05-CV-733-T |
| JAMES DELOACH, WARDEN, *et al.*, | * |
| Respondents. | * |

_____

**ORDER ON MOTION**

Upon consideration of Respondents' Motion for Extension of Time to File Exhibits in Support of Answer, and for good cause, it is ORDERED that:

1. Respondents' motion (Doc. No. 13) is GRANTED; and

2. Respondents are GRANTED an extension from August 31, 2005 to September 14, 2005 to file the exhibits in support of their answer.

Done this 6th day of September, 2005.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE