IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA RECEIVED
NORTHERN DIVISION

2005 SEP -9 P 12: 20

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

KOURTNEE GREENWOOD, #179810,)
)
   Petitioner,    )
)
  v.         )  CIVIL ACTION NO.
)  2:05-CV-733-T
)
JAMES DELOACH,  et al.,   )
)
   Respondents.  )

**SUBMISSION OF EXHIBITS IN SUPPORT
OF ANSWER FILED AUGUST 29, 2005**

Come now the Respondents in the above-styled cause and submit the

following Exhibits in Support of the Answer filed with this Court on August 29,

2005:

  Exhibit A - January 15, 2004 trial court order

  Exhibit B - Court of Criminal Appeals' opinion in CR-02-0643

  Exhibit C - Certificate of Judgment issued by the Court of Criminal
        Appeals, August 15, 2003, CR-02-0634

  Exhibit D - Greenwood's first Rule 32 petition, CR-03-0633

  Exhibit E - Greenwood's amended Rule 32 petition, CR-03-0633

  Exhibit F - Court of Criminal Appeals' August 13, 2004 opinion,
        CR-03-0633

Exhibit G -  Court of Criminal Appeals' Order overruling application for rehearing, CR-03-0633

Exhibit H -  Supreme Court of Alabama's Order denying petition for writ of certiorari, CR-03-0633

Exhibit I -  Certificate of Judgment issued by the Court of Criminal Appeals, October 18, 2004, CR-03-0633

Exhibit J -  Greenwood's second Rule 32 petition, CR-04-0334

Exhibit K -  November 18, 2004 Order denying second Rule 32 petition

Exhibit L -  Court of Criminal Appeals' February 18, 2005 opinion, CR-04-0334

Exhibit M -  Court of Criminal Appeals' Order overruling application for rehearing, CR-04-0334

Exhibit N -  Supreme Court of Alabama's Order denying petition for writ of certiorari, CR-04-0334

Exhibit O -  Certificate of Judgment issued by the Court of Criminal Appeals, May 13, 2005, CR-04-0334

Respectfully submitted,

Troy King
*Attorney General*

Andy S. Poole
*Assistant Attorney General*

Kristi Deason Hagood
*Deputy Attorney General*
*Counsel of Record*
DEASK5596

2

## CERTIFICATE OF SERVICE

I hereby certify that on this <u>9th</u> day of September, 2005, I served a copy of

the foregoing (including exhibits) on the petitioner, by placing said copy in the

United States Mail, first class, postage prepaid and addressed as follows:

Kourtnee Greenwood
AIS #179810
Draper Correctional Facility
P. O. Box 1107
Elmore, Alabama  36025


Kristi Deason Hagood
*Deputy Attorney General\**
DEASK5596

ADDRESS OF COUNSEL:

Office of the Attorney General
Alabama State House
11 South Union Street
Montgomery, AL  36130
(334) 242-7408
219378/84412-001