# Court of Criminal Appeals
State of Alabama
Judicial Building, 300 Dexter Avenue
P. O. Box 301555
Montgomery, AL 36130-1555

H.W. "BUCKY" McMILLAN
Presiding Judge
SUE BELL COBB
PAMELA W. BASCHAB
GREG SHAW
A. KELLI WISE
Judges



Lane W. Mann
Clerk
Wanda K. Ivey
Assistant Clerk
(334) 242-4590
Fax (334) 242-4689

MEMORANDUM

CR-02-0634          Montgomery Circuit Court CC-02-909

Kourtney Sovern Greenwood v. State

McMILLAN, Presiding Judge.

The appellant appeals from his conviction for robbery in the first degree, a violation of § 13A-8-41, Ala. Code 1975. He was sentenced to life imprisonment, ordered to pay $96 restitution, $25 to the Victims Compensation Fund, attorneys' fees, half of all money he earns in the penitentiary, and assessed court costs.

The appellant argues that the trial court erred in denying his motion for a judgment of acquittal because the State presented insufficient evidence to sustain his conviction. Specifically, he argues that the robbery victim's identification of him as the second robber was inconsistent and, therefore, constituted unreliable witness identification.

1


EXHIBIT B

The record indicates that the appellant's motion for a judgment of acquittal at trial was based upon a claim that the State failed to present any evidence that the second man present with Jamar Brown was actually participating in the robbery. Because the appellant's argument on appeal in support of his motion for a judgment of acquittal is different from the argument he presented to the trial court, his argument was not preserved for appellate review. Rogers v. State, 819 So. 2d 643 (Ala. Crim. App. 2001) (A statement of specific grounds of objection waives all grounds not specified, and the trial court will not be put in error on grounds not assigned at trial.)

The judgment of the trial court is affirmed.

AFFIRMED.

Cobb, Baschab, Shaw, and Wise, JJ., concur.

2