# COURT OF CRIMINAL APPEALS
# STATE OF ALABAMA

Lane W. Mann
 Clerk
Sonja McKnight
 Assistant Clerk



P. O. Box 301555
Montgomery, AL 36130-1555
(334) 242-4590
Fax (334) 242-4689

August 27, 2004

**CR-03-0633**

Kourtney Sovern Greenwood v. State of Alabama  (Appeal from Montgomery Circuit Court: CC02-909.60)

## NOTICE

You are hereby notified that on August 27, 2004 the following action was taken in the above referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

Lane W. Mann, Clerk
Court of Criminal Appeals

cc: Hon. Melissa Rittenour, Circuit Clerk
    Kourtney Sovern Greenwood, Pro Se
    Kristi L. Deason Hagood, Asst. Atty. Gen.

