# IN THE SUPREME COURT OF ALABAMA



October 15, 2004

**1031842**

Ex parte Kourtnee Sovensky Greenwood. PETITION FOR WRIT OF CERTIORARI TO THE COURT OF CRIMINAL APPEALS  (In re: Kourtney Sovern Greenwood v. State of Alabama)   (Montgomery Circuit Court: CC02-909.60; Criminal Appeals : CR-03-0633).

## CERTIFICATE OF JUDGMENT

## (AMENDED)

### Writ Denied

The above cause having been duly submitted, IT IS CONSIDERED AND ORDERED that the petition for writ of certiorari is denied.
LYONS, J. - Nabers, C.J., and Houston, Johnstone, and Woodall, JJ., concur.

I Robert G. Esdale, Sr., as Clerk of the Supreme Court of Alabama, do hereby certify that the foregoing is a full, true and correct copy of the instrument(s) herewith set out as same appear(s) of record in said Court.
Witness my hand this 15th day of October, 2004

Clerk, Supreme Court of Alabama

EXHIBIT
H

/bb