# COURT OF CRIMINAL APPEALS
## STATE OF ALABAMA



Lane W. Mann
  Clerk
Sonja McKnight
  Assistant Clerk

P. O. Box 301555
Montgomery, AL 36130-1555
(334) 242-4590
Fax (334) 242-4689

March 11, 2005

CR-04-0334

Kourtney Sovern Greenwood v. State of Alabama   (Appeal from Montgomery Circuit Court: CC02-909.61)

## NOTICE

You are hereby notified that on March 11, 2005 the following action was taken in the above referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

                                                  Lane W. Mann, Clerk
                                                Court of Criminal Appeals

cc: Hon. Melissa Rittenour, Circuit Clerk
    Kourtney Sovern Greenwood, Pro Se
    Kristi L. Deason Hagood, Asst. Atty. Gen.

