# THE STATE OF ALABAMA -- JUDICIAL DEPARTMENT
# THE ALABAMA COURT OF CRIMINAL APPEALS

CR-04-0334

Kourtney Sovern Greenwood v. State of Alabama  (Appeal from Montgomery Circuit Court: CC02-909.61)

## CERTIFICATE OF JUDGMENT

WHEREAS, the appeal in the above referenced cause has been duly submitted and considered by the Court of Criminal Appeals; and

WHEREAS, the judgment indicated below was entered in this cause on February 18th 2005:

**Affirmed by Memorandum.**

NOW, THEREFORE, pursuant to Rule 41 of the Alabama Rules of Appellate Procedure, it is hereby certified that the aforesaid judgment is final.

Witness. Lane W. Mann, Clerk
Court of Criminal Appeals, on this
the 13th day of May, 2005.

Clerk
Court of Criminal Appeals
State of Alabama

cc: Hon. Truman Hobbs, Circuit Judge
    Hon. Melissa Rittenour, Circuit Clerk
    Kourtney Sovern Greenwood, Pro Se
    Kristi L. Deason Hagood, Asst. Atty. Gen.

