IN THE UNITED STATE DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

KOURTNEE GREENWOOD, #179810 )
    Petitioner, )
)
Vs. )   CASE ACTION No. 2:05-CV-733-T
)
JAMES DELOACH, WARDEN, ET AL., )

## MOTION TO RECONSIDER DENIAL OF MOTION TO HOLD IN ABEYANCE AND /OR POSTPONE FURTHER PROCEEDINGS:

On August 22nd, 2005, This Honorable Court denied Petitioner's Motion To Hold In Abeyance An/Or Delay Further Proceeding, because the State of Alabama had not yet responded to Petitioner's 2254 Federal Habeas Corpus Petition. Petitioner humbly asks this court to reconsider this denial, and in support Petitioner Avers the following:

1). The State of Alabama filed it's response to said petition on August 29, 2005, and filed the exhibits to that response on September 9, 2005.

2). Petitioner Asserted claims in the petition that has not been exhausted through State Courts, also, Petitioner has several claims that he is in the process of having filed into State Court for adjudication on the merits of the claims and;

3). Petitioner is not learned in law, Petitioner is seeking immediate help, and is working hard doing his best to have this matter resolved appropriately as soon as possible.

For the Aforesaid Reason, Petitioner prays this Honorable Court will reconsider the denial of said motion, filed on August 19th, 2005, and grant the said motion, and postpone any

further proceedings until Petitioner has exhausted State Court Remedies as this court requires before 2254 Federal Habeas Corpus Relief can be sought.

Respectfully Submitted,

*Kourtnee Greenwood*
KOURTNEE GREENWOOD #179810
Draper Corr. Center 2-Cell Bed-107
P.O. Box 1107
Elmore, AL 36025-1107

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above and Foregoing upon Attroney General of the State Of Alabama, by placing a copy of the same, In the U.S. Mail, Postage Prepaid and properly Addressed on this the 15th day of September 2005.

KOURTNEE GREENWOOD