IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

KOURTNEE GREENWOOD, #179 810    *

    Petitioner,    *

v.    * CIVIL ACTION NO. 2:05-CV-733-T

JAMES DELOACH, *et al.*,    *

    Respondents.    *

_____

**ORDER ON MOTION**

Petitioner requests reconsideration of the court's August 22, 2005 order denying his motion to hold the instant petition in abeyance and/or postpone further proceedings. (Doc. No. 17.) Upon consideration of Petitioner's motion and upon review of Respondents' answer which contains the relevant procedural history of Petitioner's state court proceedings, the court finds that the motion is due to be denied. Accordingly, it is

ORDERED that the Motion for Reconsideration (Doc. No. 17) be and is hereby DENIED.

Done this 21st day of September 2005.

                **/s/ Delores R. Boyd**
                DELORES R. BOYD
                UNITED STATES MAGISTRATE JUDGE

                FOR

                VANZETTA PENN MCPHERSON
                UNITED STATES MAGISTRATE JUDGE