p-1

1/19/07
Friday

In Ref: Notice of Change of Address

RECEIVED
2007 JAN 24 A 9:22
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

My name is Kourtnee Greenwood AIS# 179810. I have currently pending in your court a 2254 Federal Habea Corpus.

Case # Civil Action No. 2:05-CV-733-T

I have just transferred from a prison in Alabama to a prison here in Louisiana for a reason I don't know, but heres my current address in Louisiana:

Kourtnee Greenwood AIS# A179810
South Louisiana Corr. Center, Bear Cat-3, Bed-26
3843 Stagg Avenue
Basile, Louisiana
70515

→

p-2

My old address in Alabama was at
Draper Corr. Center
P.O. Box 1107
Elmore, AL
36025

But again, my now current address is:
Kourtnee Greenwood AIS#A179810
South Louisiana Corr. Center, Bear Cat-3, Bed-26
3843 Stagg Avenue
Basile, Louisiana
70515

So please contact me A.S.A.P. and let me know that your office have recieved this Info. And til then, Thanks for your cooperation and time.

Sincerely,
Kourtnee Greenwood

Kourtnee Greenwood AIS # A179810
South Louisiana Corr. Center, BearCat-3 Bed-26
3843 Stagg Avenue
Basile, Louisiana 70515

Office of the Clerk
United States District Court
P.O. Box 711
Montgomery, AL 36101-0711