IN REF: Notice of Change
    of Address:

P-1

7/25/07

Dear, Clerk of the Court, my name
is Kourtnee Greenwood, AIS#179810,
Civil case Action No# 2:05-CV-733-T.

I am no longer incarcerated at South
Louisiana Corr, Center located in Basile Lou-
isiana. I am currently incarcerated here
at Perry County Corr, Center
    RT-2 Box 176, Hwy. 80
    Uniontown, Alabama
                36786
                36786


Old Address → South Louisiana Corr, Center
                3843 Stagg Ave.
                Basile, LA


New Address: Kourtnee Greenwood AIS#179810
                Perry County Corr, Center, Alpha-3, B-16
                RT-2 Box 176, Hwy 80
                Uniontown, Alabama
                    36768


PLEASE TAKE Notice of this
Action, And will you please
                                    →

p-2

Write me back and let me know
the current status of my Now
pending 2254 Fed. Habea Corpus
Sir or Mam.
Thank you for your Cooperation &
Time.

Kourtnee Greenwood
Sincerely yours,

Kourtnee Greenwood AIS#179810
Perry County Corr. Center, Alpha-3, Bed-16
RT-2 Box 176, Hwy. 80
Uniontown, Alabama
36786



Kourtnee Greenwood AIS# 179810
Perry County Corr. Center,
Rt.-2 Box 176, Hwy. 80
Uniontown, Alabama
36786

MONTGOMERY AL 361
26 JUL 2007 PM 4 T

Office of the Clerk
United States District
Court:
P.O. Box 711
Montgomery, Alabama
11110-1-0711