IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | | |
|---|---|---|
| KOURTNEE GREENWOOD, #179 810 | * | |
| Petitioner, | * | |
| v. | * | 2:05-CV-733-MHT |
| JAMES DELOACH, *et al.*, | * | |
| Respondents. | * | |

_____

**ORDER**

For good cause, it is

ORDERED that on or before October 30, 2007 Respondents shall file a copy of Petitioner's trial transcript from his December 2002 first degree robbery conviction.

Done, this 10th day of October 2007.

    /s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE