IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

KOURTNEE GREENWOOD, #179810　　*

　　　Petitioner,　　　　　　　　　*

　　　v.　　　　　　　　　　　　　*　　　　　2:05-CV-733-MHT

JAMES DELOACH, *et al.*,　　　　　*

　　　Respondents.　　　　　　　　*

_____

**ORDER**

Upon consideration of Greenwood's petition for writ of habeas corpus (Doc. #1-2), as amended, (Doc. #19), the Court concludes that an evidentiary hearing is necessary. Accordingly, it is

ORDERED that the Federal Defender be and is hereby appointed to represent Petitioner.

Is further

ORDERED that this case be and is hereby set for a scheduling conference on November 7, 2007, at 9 a.m. This proceeding shall be conducted by telephone conference. Counsel for Petitioner shall set up the telephone conference. The purpose of this conference is to schedule the evidentiary hearing, thus the Court will expect the parties to be familiar with the issues and record.

Done, this 11th day of October 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE