IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| KOURTNEE GREENWOOD, | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | 2:05-CV-733-MHT |
| | ) | |
| WARDEN JAMES DELOACH, | ) | |
| and THE ATTORNEY GENERAL | ) | |
| OF THE STATE OF ALABAMA, | ) | |
| Respondents. | ) | |

## NOTICE OF APPEARANCE

Comes now the undersigned, Audrey Jordan, and enters her notice of appearance in the above-styled cause as counsel for the State of Alabama. Mrs. Kristi Hagood is no longer employed by the Alabama Attorney General's Office, and thus, this case has been reassigned to the undersigned.

Respectfully submitted,

s/Audrey Jordan
Audrey Jordan
Assistant Attorney General

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of October, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants: Kourtnee Greenwood, AIS # 179810, Perry County Correctional Facility, Route 2, Box 176, Highway 80, Uniontown, Alabama, 36768.

        Respectfully submitted,

        s/Audrey Jordan
        Audrey Jordan
        Office of the Attorney General
        Alabama State House
        11 South Union
        Montgomery, AL  36130-0152
        Telephone: (334) 242-7300
        Fax: (334) 242-2848
        E-Mail: AJordan@ago.state.al.us

330272/84412