IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

KOURTNEE GREENWOOD, #179 810     *

    Petitioner,     *

v.     *     2:05-CV-733-MHT

JAMES DELOACH, *et al.*,     *

    Respondents.     *

_____

**ORDER ON MOTION**

Upon consideration of Petitioner's notion for leave to file a motion to substitute respondent, and for good cause, it is

ORDERED that the motion (Doc. No. 29) be and is hereby GRANTED.

It is

ORDERED that Petitioner's motion to substitute a named-party respondent be and is hereby GRANTED.  Accordingly, it is further

ORDERED that Warden David Streiff be substituted as a respondent in this cause of action for Warden James DeLoach.

Done, this 18th day of October 2007.

            /s/ Wallace Capel, Jr.
           WALLACE CAPEL, JR.
           UNITED STATES MAGISTRATE JUDGE