IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **KOURTNEE GREENWOOD** | ) | |
| | ) | |
| **V.** | ) | **CASE NO: 2:05-CV-733-MHT** |
| | ) | |
| **JAMES DELOACH, et al.** | ) | |

## UNOPPOSED MOTION TO RESCHEDULE

**NOW COMES** the Petitioner, by and through the undersigned counsel, and respectfully requests that the telephone scheduling conference, now set for November 7, 2007 at 900 a.m., be rescheduled to the week of November 19, 2007.

In support of this Motion, defendant would show:

1.   Counsel will need to be fully familiar with the history and record of this case at the time of the scheduling conference.

2.   Undersigned defense counsel has conflicting court obligations, including a trial set for the November 5, 2007 term in *United States v. Maria Hinton*, Cr. 2:07-CR-14-SRW.

3.   Said obligations will prevent counsel from being fully familiar with the record of this matter by November 7.

4.   Counsel for the Respondent does not object to this request.

**WHEREFORE**, defendant respectfully requests that this Motion be granted.

Respectfully submitted,

s/Christine A. Freeman
**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**
Attorney for Mr. Greenwood

        Federal Defenders
        Middle District of Alabama
        201 Monroe Street, Suite 407
        Montgomery, AL 36104
        TEL: (334) 834-2099
        FAX: (334) 834-0353
        E-Mail: Christine_Freeman@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on October 25, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Audrey Kathleen Jones Jordan, Office of the Attorney General, 11 South Union Street, Montgomery, AL 36130.

        s/Christine A. Freeman
        **CHRISTINE A. FREEMAN**
        **TN BAR NO.: 11892**
        Attorney for Mr. Greenwood
        Federal Defenders
        Middle District of Alabama
        201 Monroe Street, Suite 407
        Montgomery, AL 36104
        TEL: (334) 834-2099
        FAX: (334) 834-0353