IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

KOURTNEE GREENWOOD, #179 810   *

    Petitioner,   *

    v.   *   2:05-CV-733-MHT

JAMES DELOACH, *et al.*,   *

    Respondents.   *

_____

## ORDER ON MOTION

Upon consideration of Greenwood's Unopposed Motion to Reschedule (Doc. #32), and for good cause, it is

ORDERED that the scheduling conference currently set for 7 November 2007 by telephone, is now set for 19 November 2007, at 10:00a.m, **and will not be by telephone, but will take place in Courtroom 5A, United States Courthouse, One Church Street, Montgomery, Alabama.**

Done, this 29th day of October 2007.

                    /s/ .Wallace Capel, Jr
                    WALLACE CAPEL, JR.
                    UNITED STATES MAGISTRATE JUDGE