IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| Kourtnee GREENWOOD, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. |
| | ) | 2:05-CV-733-T |
| | ) | |
| James DELOACH, et al., | ) | |
| | ) | |
| Respondents. | ) | |

**SUBMISSION OF EXHIBITS P THROUGH CC**

Come now the Respondents and submit Exhibits P through CC (transcripts and state court pleadings) in support of their Answer to the Court's Order to Show Cause which was filed with this Court on August 29, 2005. In preparation for the status conference scheduled Monday, November 19, 2007, it has become apparent that these documents are necessary to resolve the underlying issues and were not originally submitted by previous counsel for the Respondents.

    Exhibit P  -  Copy of the transcript from Greenwood's direct appeal.
            CC-02-909; CR-02-0634;

    Exhibit Q  -  Copy of the State's brief on direct appeal. CC-02-909
            CR-02-0634;

Exhibit R  -  Copy of the transcript from Greenwood's first Rule 32 proceeding. CC-02-909; CR-03-0633;

Exhibit S  -  Copy of Greenwood's brief on appeal in his first Rule 32 proceedings; CC-02-909; CR-03-0633

Exhibit T  -  Copy of the State's brief in Greenwood's first Rule 32 proceeding. CC-02-909; CR-03-0633;

Exhibit U  -  Copy of Greenwood's reply brief in his first Rule 32 proceedings. CC-02-909; CR-03-0633;

Exhibit V  -  Copy of Greenwood's application for rehearing in his first Rule 32 proceedings. CC-02-909; CR-03-0633;

Exhibit W  -  Copy of Greenwood's petition for writ of certiorari in his first Rule 32 proceedings. CC-02-909; CR-03-0633;

Exhibit X  -  Copy of the transcript in Greenwood's second Rule 32 proceedings. CC-02-909; CR-04-0334;

Exhibit Y  -  Copy of Greenwood's brief on appeal in his second Rule 32 proceedings. CC-02-909; CR-04-0334;

Exhibit Z  -  Copy of the State's brief on appeal in Greenwood's second Rule 32 proceedings. CC-02-909; CR-04-0334;

Exhibit AA - Copy of Greenwood's reply brief in Greenwood's second Rule 32 proceedings. CC-02-909; CR-04-0334;

Exhibit BB - Copy of Greenwood's application for rehearing in his second Rule 32 proceedings. CC-02-909; CR-04-0334;

Exhibit CC - Copy of Greenwood's petition for writ of certiorari in his second Rule 32 proceedings. CC-02-909; CR-04-0334.

Done this 15th day of November, 2007.

        Respectfully submitted,

        Troy King (KIN047)
        Attorney General
        By:


        s/Audrey Jordan
        Audrey Jordan
        Assistant Attorney General

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of November, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and I hereby certify that I have also electronically served Greenwood's counsel using the CM/ECF system.

                                                Respectfully submitted,

                                                s/Audrey Jordan
                                                Audrey Jordan
                                                Office of the Attorney General
                                                Alabama State House
                                                11 South Union
                                                Montgomery, AL  36130-0152
                                                Telephone: (334) 242-7300
                                                Fax: (334) 242-2848
                                                E-Mail: AJordan@ago.state.al.us

344019/84412