IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | | |
|---|---|---|
| KOURTNEE GREENWOOD, #179 810 | * | |
| Petitioner, | * | |
| v. | * | 2:05-CV-733-MHT |
| JAMES DELOACH, *et al.*, | * | |
| Respondents. | * | |

_____

**ORDER**

A scheduling conference was held in this matter on 19 November 2007. On 15 November 2007, Respondents filed additional exhibits in support of their answer (Doc. #34). For good cause, it is

ORDERED that a second scheduling conference will be held in this matter **at 3 December 2007, at 10:00a.m**, in Courtroom 5A, United States Courthouse, One Church Street, Montgomery, Alabama, in order to give the parties and the Court time to review the additional material. It is further

ORDERED that any additional responses by the parties shall be filed on or before **26 November 2007**.

Done, this 20th day of November 2007.

    /s/ Wallace Capel, Jr
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE