IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

KOURTNEE GREENWOOD, #179 810   *

    Petitioner,   *

    v.   *   2:05-CV-733-MHT

DAVID STREIFF, WARDEN, *et al.*,   *

    Respondents.   *

_____

## ORDER

Upon consideration of the supplemental briefs and records filed in this matter, the court concludes that the order setting a scheduling conference for December 3, 2007 is due to be vacated. The court also finds that based on the pleadings and records before the court that the Federal Defender is no longer needed, and therefore, the order directing appointment of the Federal Defender to represent Petitioner is due to be vacated at this time. Accordingly, it is

ORDERED that the November 20, 2007 order setting a scheduling conference for December 3, 2007 (*Doc. No. 36*) be and is hereby VACATED. It is further

ORDERED that court's October 11, 2007 order appointing the Federal Defender (*Doc. No. 27*) be and is hereby VACATED and representation of Petitioner by the Federal Defender is hereby TERMINATED.

Done, this 28th day of November 2007.


   /s/ . Wallace Capel, Jr
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE