IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| Kourtnee GREENWOOD, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Case No. 2:05-CV-733-T |
| | ) |
| James DELOACH, et al., | ) |
| | ) |
| Respondents. | ) |

## CONFLICT DISCLOSURE STATEMENT

Come now Troy King and James DeLoach, by and through Counsel named below, make the following disclosure regarding potential conflicts of interest relating to those designated in this Court's General Order No. 3047:

Troy King and James DeLoach, parties named to the above-captioned case as required under 28 U.S.C. § 2242 and Rules 2(a) and (b) of the Rules Governing Habeas Corpus Cases Under Section 2254 Cases, have been sued in their official capacities. Neither the Alabama Attorney General nor the Warden of the Bibb County Correctional Facility possess any known affiliations that would create a "professional or financial conflict for a judge" on this Court.

_____
Audrey Jordan
Counsel for Troy King and James DeLoach

## CERTIFICATE OF SERVICE

I hereby certify that on this <u>11th</u> day of December, 2007, I have filed the foregoing with the Clerk of this Court and the same on Greenwood at:

Kourtnee Greenwood
AIS 179810
Bibb County Correctional Facility
565 Bibb Lane
Brent, Alabama 35034

_____
Audrey Jordan (JOR040)
Office of the Attorney General
Alabama State House
11 South Union
Montgomery, AL 36130-0152
Telephone: (334) 242-7300
Fax: (334) 242-2848
E-Mail: ajordan@ago.state.al.us

352779/84412