IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

KOURTNEE GREENWOOD, #179 810   *

   Petitioner,                                   *

      v.                                          *           2:05-CV-733-MHT
                                                                (WO)

JAMES DeLOACH, WARDEN, *et al.*,   *

   Respondents.                                *
_____

**ORDER**

The Magistrate Judge filed a Recommendation (Doc. #43) in this case to which no timely objections have been filed. After a review of the Recommendation, and after an independent and de novo review of the entire record, the Court believes that the Recommendation should be adopted. Accordingly, it is

ORDERED that the Recommendation of the Magistrate Judge (Doc. #43) is ADOPTED and the petition for habeas corpus relief filed by Petitioner Kourtnee Greenwood is DENIED and DISMISSED with prejudice.

An appropriate judgment will be entered.

DONE, this the 14th day of January, 2008.

                                                                    /s/ Myron H. Thompson
                                                    UNITED STATES DISTRICT JUDGE