IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

KOURTNEE GREENWOOD, #179 810   *

    Petitioner,   *

    v.   *   2:05-CV-733-MHT
                                          (WO)

JAMES DeLOACH, WARDEN, *et al*.,   *

    Respondents.   *

_____

## JUDGMENT

In accordance with the prior proceedings, opinions, and orders of the Court, it is

ORDERED and ADJUDGED that judgment is entered in favor of Respondents and against Petitioner and that this action is DISMISSED with prejudice.

The clerk of the court is directed to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 14th day of January, 2008.

                                             /s/ Myron H. Thompson
                                    UNITED STATES DISTRICT JUDGE